USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                          :
AMERICAN FEDERATION OF MUSICIANS  :
OF THE UNITED STATES AND CANADA,  :
                                                          :          1:21-cv-2635-GHW
                                 Plaintiff,  :
                                                          :                 ORDER
                   -against-              :
                                                          :
NBCUNIVERSAL MEDIA, LLC,              :
                                                          :
                               Defendant.  :
                                                           :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The deadline for each of the parties to file and serve their respective motions for summary judgment is February 6, 2023.  Each party's opposition is due within four weeks after service of the motion for summary judgment; any reply is due within two weeks after service of the relevant opposition.  Each motion for summary judgment should be presented to the Court as a self-contained unit.  Each will be considered by the Court on its own merit and with respect to the arguments and evidence presented in connection with it.  The parties should not expect the Court to consider evidence or arguments presented in connection with one motion for summary judgment in connection with the other.  Evidence that is germane to the resolution of both motions must be properly presented in connection with each.

       SO ORDERED.

Dated:  December 16, 2022
New York, New York

                                                            GREGORY H. WOODS
                                                          United States District Judge