```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Federation of Musicians of the
United States and Canada,

                       Plaintiff,

-against-

NBCUniversal Media, LLC,

                       Defendant.

1:21-cv-02635 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery on Thursday, August 24, 2023.

**SO ORDERED.**

DATED:    New York, New York
               May 26, 2023

_____
STEWART D. AARON
United States Magistrate Judge